JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.  CV 20-2489-GW-JCx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| G.F.C. ATLANTIC ASSOCIATES, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: October 15, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE